UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPOWER ANNUITY INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEQUOIA CAPITAL OPERATIONS, LLC,<br><br>Defendant. | Case No.  24-mc-80061-LJC<br><br>**ORDER SETTING BRIEFING DEADLINES AND HEARING DATE RE: MOTION TO COMPEL COMPLIANCE WITH SUBPOENA AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Re: ECF Nos. 1, 2 |

Pending before the Court is Plaintiff Empower Annuity Insurance Company of America's (Empower Annuity) Motion to Compel Compliance with Subpoena (Motion to Compel) in connection with *Empower Annuity Insurance Company of America v. Empower Finance, Inc.*, 1:23-cv-00062-CNS-JP (D. Colo.)  ECF No. 1.  The Subpoena was issued to Sequoia Capital Operations, LLC (Sequoia), who is not a party to the underlying litigation.  Pursuant to Civil L.R. 7-3(a), Sequoia's response/opposition to the Motion to Compel is due by March 27, 2024.[1]  Empower Annuity's optional reply under Civil L.R. 7-3(c) is due by April 3, 2024.  The Court will set a hearing on the matter for April 16, 2024, at 10:30 a.m., via Zoom videoconference.

In connection with the Motion to Compel, Empower Annuity concurrently filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.  ECF No. 2.  The material in question was designated as confidential by Empower Finance, Inc.

---

[1] Empower Annuity filed a Certificate of Service indicating it served Sequoia with a copy of the Motion to Compel via email on March 13, 2024, the same day it was filed.  ECF No. 1 at 22.  Therefore, Civil L.R. 7-3(a)'s briefing deadline applies.  Given that Sequoia has not yet appeared in this action, it has the option to request an extension to the deadline pursuant to Civ. L.R. 6 when it does enter an appearance, if necessary.

1  (Empower Finance), the Defendant in the underlying litigation.  Pursuant to Civil L.R. 79-5(f)(3),
2  Empower Finance's deadline to file a statement and/or declaration in support of sealing is March
3  20, 2024.[2]
4        Because Empower Annuity is the only party that has entered an appearance in this action
5  thus far, it shall serve a copy of the Court's Order on both Sequoia and Empower Finance no later
6  than March 19, 2024, and file proof of service soon thereafter.

**IT IS SO ORDERED.**

Dated: March 18, 2024

LISA J. CISNEROS
United States Magistrate Judge

---

[2] Empower Annuity filed a Certificate of Service indicating it served both Sequoia and Empower Finance with a copy of the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed via email on March 13, 2024, the same day it was filed.  ECF No. 2 at 4.  Therefore, Civil L.R. 79-5(f)(3)'s seven-day deadline for a statement or declaration from the Designating Party, in this case Empower Finance, applies.  Given that Empower Finance has not yet appeared in this action, it has the option to request an extension to the deadline pursuant to Civ. L.R. 6 when it does enter an appearance, if necessary.