UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMPOWER ANNUITY INSURANCE COMPANY OF AMERICA,<br><br>Movant,<br><br>v.<br><br>SEQUOIA CAPITAL OPERATIONS LLC,<br><br>Respondent. | Case No. 3:24-mc-80061<br><br>[PROPOSED] ORDER AS MODIIFIED GRANTING EMPOWER'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED |

Now before the Court is Empower Annuity Insurance Company of America's ("Empower") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, related to Exhibit L in support of Empower's Notice of Motion and Motion to Compel Sequoia Capital Operations LLC to Comply with Subpoena ("Motion"). Having considered the administrative motion, Empower Finance, Inc.'s declaration in support of the administrative motion (ECF No. 9), the paper submitted in support and response thereto, and good cause appearing, the Court GRANTS such request to file under seal the highlighted portions of Exhibit L and ORDERS sealed the document listed below:

| Document | Portion to be Sealed | Reasons for Sealing |
|---|---|---|
| Exhibit L to Empower's Motion | Highlighted portions at pp. 2-4; pp. 6-7 | Confidential Information of a Another Party, Empower Finance, Inc. |

**IT IS SO ORDERED.**

Date: March 25, 2024

_____
LISA J. CISNEROS
United States Magistrate Judge

[PROPOSED] ORDER GRANTING AS MODIFIED EMPOWER'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED- 1
CASE NO. 3:24-mc-80061