1  GREGORY S. GILCHRIST (Cal. Bar. No. 111536)
   RYAN BRICKER (Cal. Bar No. 269100)
2  SOPHY J. TABANDEH (Cal. Bar No. 287583)
   PAYMANEH PARHAMI (Cal. Bar No. 335604)
3  VERSO LAW GROUP LLP
   565 Commercial Street, 4th Fl.
4  San Francisco, CA 94111
   Telephone: (415) 534-0495
5  Email: greg.gilchrist@versolaw.com
   ryan.bricker@versolaw.com
6  sophy.tabandeh@versolaw.com
   paymaneh.parhami@versolaw.com
7
   *Attorneys for Respondent*
8  *Sequoia Capital Operations LLC*

9

10                      **UNITED STATES DISTRICT COURT**

11                     **NORTHERN DISTRICT OF CALIFORNIA**

12  EMPOWER ANNUITY INSURANCE          Case No.: 3:24-mc-80061
    COMPANY OF AMERICA,

13         Movant,

14         v.                          **STIPULATED REQUEST EXTENDING
                                       BRIEFING SCHEDULE AND HEARING DATE
15  SEQUOIA CAPITAL OPERATIONS LLC     PURSUANT TO L.R. 6-2 RE EMPOWER
                                       ANNUITY INSURANCE COMPANY OF
16         Respondent.                 AMERICA'S MOTION TO COMPEL SEQUOIA
                                       CAPITAL OPERATIONS LLC TO COMPLY
17                                     WITH SUBPOENA; ORDER AS MODIFIED**

18
           Plaintiff Empower Annuity Insurance Company of America ("Annuity") and Respondent
19
    Sequoia Capital Operations LLC ("Sequoia"), by and through their counsel of record, hereby stipulate
20
    as follows:
21
           1.      On March 13, 2024, Annuity filed its Motion to Compel Sequoia to Comply with
22
    Subpoena;
23
           2.      Under the current briefing scheduled (Dkt. 5), Sequoia's Response to the Motion to
24
    Compel is due on March 27, 2024 and Annuity's optional reply on April 3, 2024.  The hearing is
25
    scheduled for April 16, 2024.
26
           3.      Annuity and Sequoia are continuing to meet and confer about the Subpoena to
27
    determine whether they can resolve the matter without court intervention;
28

1    4.    To allow the parties additional time to confer, the parties stipulate to extend the briefing

2  schedule and hearing date as follows:

3    Sequoia's Response: April 3, 2024

4    Annuity's Optional Reply: April 10, 2024

5    Hearing Date: May 7, 2024 at 1:30 p.m. via Zoom Webinar

6    5.    This is the first request for a time modification in this matter.

7  Dated: March 26, 2024                                    Respectfully submitted,

8                                                           **VERSO LAW GROUP LLP**

9
                                                           _/s/ Sophy J. Tabandeh_
10                                                         Gregory S. Gilchrist
                                                           Ryan Bricker
11                                                         Sophy J. Tabandeh
                                                           Paymaneh Parhami
12
13                                                         _Attorneys for Respondent_
                                                           _Sequoia Capital Operations LLC_
14
15  Dated: March 26, 2024                                  **POLSINELLI LLP**

16
                                                           _/s/ Miya Yusa_
17                                                         Colby B. Springer
                                                           cspringer@polsinelli.com
18                                                         Miya Yusa
                                                           myusa@polsinelli.com
19                                                         Three Embarcadero Center, Suite 2400
                                                           San Francisco, CA 94111
20                                                         T: 415-248-2100
21
                                                           _Attorneys for Empower Annuity Insurance_
22                                                         _Company of America_
23                         **SIGNATURE ATTESTATION**

24
        I attest that concurrence in the filing of this document has been obtained from each of the other
25
    signatories, which will serve in lieu of their signatures on the document.
26
27   Dated:  March 26, 2024                                _/s/ Sophy J. Tabandeh_
                                                           Sophy J. Tabandeh
28

**ORDER AS MODIFIED**

Good cause appearing, it is hereby **ORDERED**.


Date: March 27, 2024

_____
Honorable Lisa J. Cisneros
United States Magistrate Judge