```
1   GREGORY S. GILCHRIST (Cal. Bar No. 111536)
    RYAN BRICKER (Cal. Bar No. 269100)
2   SOPHY J. TABANDEH (Cal. Bar No. 287583)
    PAYMANEH PARHAMI (Cal. Bar No. 335604)
3   VERSO LAW GROUP LLP
    565 Commercial Street, 4th Fl.
4   San Francisco, CA 94111
    Telephone: (415) 534-0495
5   Email:  greg.gilchrist@versolaw.com
            ryan.bricker@versolaw.com
6           sophy.tabandeh@versolaw.com
            paymaneh.parhami@versolaw.com
7
    Attorneys for Respondent
8   Sequoia Capital Operations LLC
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPOWER ANNUITY INSURANCE COMPANY OF AMERICA,<br><br>        Movant,<br><br>    v.<br><br>SEQUOIA CAPITAL OPERATIONS LLC<br><br>        Respondent. | Case No.: 3:24-mc-80061<br><br>**SECOND STIPULATED REQUEST EXTENDING BRIEFING SCHEDULE AND HEARING DATE PURSUANT TO L.R. 6-2 RE EMPOWER ANNUITY INSURANCE COMPANY OF AMERICA'S MOTION TO COMPEL SEQUOIA CAPITAL OPERATIONS LLC TO COMPLY WITH SUBPOENA;  ORDER** |

Plaintiff Empower Annuity Insurance Company of America ("Annuity") and Respondent Sequoia Capital Operations LLC ("Sequoia"), by and through their counsel of record, hereby stipulate as follows:

1. On March 13, 2024, Annuity filed its Motion to Compel Sequoia to Comply with Subpoena;

2. Under the current briefing scheduled (Dkt. 14), Sequoia's Response to the Motion to Compel is due on April 3, 2024 and Annuity's optional reply on April 10, 2024.  The hearing is scheduled for May 7, 2024 at 10:30 a.m.

3.  Annuity and Sequoia are continuing to meet and confer about the Subpoena to

determine whether they can resolve the matter without court intervention;

4. To allow the parties additional time to confer, the parties stipulate to extend the briefing schedule and hearing date as follows:

Sequoia's Response: April 10, 2024

Annuity's Optional Reply: April 17, 2024

Hearing Date: May 7, 2024 at 10:30 a.m. via Zoom Webinar

5. This is the second request for a time modification in this matter.

Dated: April 3, 2024                                Respectfully submitted,

**VERSO LAW GROUP LLP**

*/s/ Gregory S. Gilchrist*
Gregory S. Gilchrist
Ryan Bricker
Sophy J. Tabandeh
Paymaneh Parhami

*Attorneys for Respondent*
*Sequoia Capital Operations LLC*

Dated: April 3, 2024                                **POLSINELLI LLP**

*/s/ Miya Yusa*
Colby B. Springer
cspringer@polsinelli.com
Miya Yusa
myusa@polsinelli.com
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
T: 415-248-2100

*Attorneys for Empower Annuity Insurance*
*Company of America*

**SIGNATURE ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from each of the other signatories, which will serve in lieu of their signatures on the document.

Dated: April 3, 2024

/s/ *Gregory S. Gilchrist*
Gregory S. Gilchrist

**ORDER**

Good cause appearing, it is hereby **ORDERED**.

_____
Honorable Lisa J. Cisneros
United States Magistrate Judge