GREGORY S. GILCHRIST (Cal. Bar. No. 111536)
RYAN BRICKER (Cal. Bar No. 269100)
SOPHY J. TABANDEH (Cal. Bar No. 287583)
PAYMANEH PARHAMI (Cal. Bar No. 335604)
VERSO LAW GROUP LLP
565 Commercial Street, 4th Fl.
San Francisco, CA 94111
Telephone: (415) 534-0495
Email: greg.gilchrist@versolaw.com
amy.parigi@versolaw.com
ryan.bricker@versolaw.com
sophy.tabandeh@versolaw.com
paymaneh.parhami@versolaw.com

*Attorneys for Respondent*
*Sequoia Capital Operations LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| EMPOWER ANNUITY INSURANCE COMPANY OF AMERICA,<br><br>Movant,<br><br>v.<br><br>SEQUOIA CAPITAL OPERATIONS LLC<br><br>Respondent. | Case No.: 3:24-mc-80061<br><br>**THIRD STIPULATED REQUEST EXTENDING BRIEFING SCHEDULE PURSUANT TO L.R. 6-2 RE EMPOWER ANNUITY INSURANCE COMPANY OF AMERICA'S MOTION TO COMPEL SEQUOIA CAPITAL OPERATIONS LLC TO COMPLY WITH SUBPOENA; [PROPOSED] ORDER AS MODIFIED** |
|---|---|

Plaintiff Empower Annuity Insurance Company of America ("Annuity") and Respondent Sequoia Capital Operations LLC ("Sequoia"), by and through their counsel of record, hereby stipulate as follows:

1. On March 13, 2024, Annuity filed its Motion to Compel Sequoia to Comply with Subpoena;

2. Under the current briefing scheduled, Sequoia's Response to the Motion to Compel is due on April 10, 2024 and Annuity's optional reply on April 17, 2024. The hearing is scheduled for May 7, 2024 at 10:30 a.m.

3. Annuity and Sequoia are continuing to meet and confer about the Subpoena to determine whether they can resolve the matter without court intervention.

STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE; [PROPOSED] ORDER AS MODIFIED
CASE NO. 3:24-mc-80061

4. To allow the parties additional time to confer, the parties stipulate to extend the briefing schedule and hearing date as follows:

Sequoia's Response: April 17, 2024

Annuity's Optional Reply: April 24, 2024

Hearing Date: May 7, 2024 at 10:30 a.m. via Zoom Webinar

5. This is the third request for a time modification in this matter, though does not change the hearing date.

Dated: April 10, 2024	Respectfully submitted,

**VERSO LAW GROUP LLP**

*/s/ Gregory S. Gilchrist*
Gregory S. Gilchrist
Ryan Bricker
Sophy J. Tabandeh
Paymaneh Parhami

*Attorneys for Respondent*
*Sequoia Capital Operations LLC*

Dated: April 10, 2024	**POLSINELLI LLP**

*/s/ Colby B. Springer*
Colby B. Springer
cspringer@polsinelli.com
Miya Yusa
myusa@polsinelli.com
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
T: 415-248-2100

*Attorneys for Empower Annuity Insurance*
*Company of America*

STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE; [PROPOSED] ORDER AS MODIFIED
CASE NO. 3:24-mc-80061

**SIGNATURE ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from each of the other signatories, which will serve in lieu of their signatures on the document.

Dated: April 10, 2024

/s/ *Gregory S. Gilchrist*
Gregory S. Gilchrist

**~~PROPOSED~~ ORDER AS MODIFIED**

Good cause appearing, it is hereby **ORDERED that Sequoia's Response is due April 17, 2024, and Annuity's Optional Reply is due April 25, 2024.  The May 7, 2024 hearing date will remain unchanged, but the Court may, in its discretion, continue the hearing to a future date.  Any further stipulated requests for an order changing time pursuant to L.R. 6-2 must be accompanied by a declaration that, in addition to addressing the factors listed in L.R. 6-2(a)(1)-(3), describes in detail the parties' meet and confer efforts and sets forth with particularly the reasons why a fourth extension to the briefing schedule is necessary.  The parties are also admonished against filing their stipulated request the same day that their papers under the briefing schedule are due, after business hours**.

Dated: April 11, 2024

_____
Honorable Lisa J. Cisneros
United States Magistrate Judge

STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE; ~~[PROPOSED]~~ ORDER AS MODIFIED
CASE NO. 3:24-mc-80061