UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPOWER ANNUITY INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SEQUOIA CAPITAL OPERATIONS, LLC,<br><br>    Defendant. | Case No.  24-mc-80061-LJC<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING AND CONTINUING HEARING RE: MOTION TO COMPEL** |

Having reviewed Plaintiff Empower Annuity Insurance Company of America's (Empower) Motion to Compel (ECF No. 1), non-party Sequoia Capital Operations, LLC's Opposition (ECF No. 21), and Empower's Reply (ECF No. 22), the Court finds that supplemental briefing is required to clarify for the record the scope of the dispute and the remaining issues which require resolution by this Court.  By May 3, 2024, Empower shall file a supplemental letter of no more than three pages that addresses the following: (a) whether Empower believes, after careful review of all prior document productions by Sequoia, including the April 24, 2024 production served hours before Empower filed its Reply in Support of the Motion to Compel (*see* ECF No. 22 at 2), production deficiencies remain given the parties' agreement as to the Subpoena, and if so, what are those deficiencies; and (b) specify the exact terms of the agreement reached by the parties as to the Subpoena and where the agreement is evidenced in the record before the Court.  Sequoia may file a three-page letter in response, no later than May 7, 2024.

The hearing on the Motion to Compel, currently set for May 7, 2024, is hereby continued to May 14, 2024, at 10:30 a.m.  The hearing will be held via Zoom videoconference.

//

//

1  Either party may, however, request an in-person hearing by conferring promptly with opposing
2  counsel and submitting a request via email to the Courtroom Deputy no later than May 7, 2024.
3  **IT IS SO ORDERED.**
4  Dated: April 29, 2024

_____
LISA J. CISNEROS
United States Magistrate Judge